**Deborah S. KNAPP,**
**Petitioner/Respondent,**

v.

**Victor R. KNAPP, Respondent/Appellant.**

**No. 67946.**

Missouri Court of Appeals,
Eastern District.
Division One.

June 4, 1996.

Joseph L. Racine, St. Louis, for respondent/appellant.

Bruce Eastman, Florissant, for petitioner/respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

### ORDER

PER CURIAM.

Husband appeals from the dissolution decree entered on February 23, 1995. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).